**FILED**

JUL 11 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS 

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LYCURGAN, INC., DBA Ares Armor, a California corporation,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>TODD JONES, in his official official capacity as Director of the Bureau of Alcohol, Tobacco, and Firearms Enforcement,<br><br>        Defendant-Appellee. | No.   16-55341<br><br>D.C. No.<br>3:14-cv-01679-JLS-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

The appellant's motion (Docket Entry 6) for a second extension of time to file the opening brief is granted.

The opening brief is now due August 29, 2016. The answering brief is due September 28, 2016. The optional reply brief is due within 14 days after service of the answering brief.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Grace Santos
                                            Deputy Clerk
                                            Ninth Circuit Rules 27-7 and 27-10

GS    07/11/2016/Pro Mo